AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Ursula Glab, et al,
Plaintiff

V.

VER, Inc., et al,
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUM[redacted] 05 289 ML

TO: (Name and address of Defendant)

VER, INC.
144 Scapaflow Road
Charlestown, RI 02813

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Merlin P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/1/05

(By) DEPUTY CLERK

**PROOF OF SERVICE**

I have served a copy of this U.S. DISTRICT COURT SUMMONS, on VER, Inc., by leaving a copy with Daniel J. Ryan, personally on 7/11/05.

James T. Beck
Dis- Intrested Party

FILED
2005 JUL 14 A 11:34
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND