RECEIVED
JUL 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

URSULA GLAB, INDIVIDUALLY AND AS THE DULY APPOINTED ADMINISTRATIX OF THE ESTATE OF JANUSZ GLAB, NICOLE GLAB and MAYA COLLEEN GLAB,
Plaintiffs

v.

VER, INC., DANIEL J. RYAN, WHEELHOUSE TAVERN, LLC and GALILEE HOLDINGS, LLC,
Defendants

CA. NO. 05-289 ML

STIPULATION TO ENLARGE TIME WITHIN WHICH THE DEFENDANT GALILEE HOLDINGS, LLC SHALL SERVE A RESPONSE TO THE COMPLAINT

The undersigned parties, by their respective attorneys, hereby stipulate to enlarge the time within which the Defendant, Galilee Holdings, LLC, shall serve a response to Plaintiffs' Complaint up to and including Monday, August 22, 2005.

Dated: July 20, 2005

Plaintiffs
By their Attorneys,

Merlyn O'Keefe (#2349)
Packer & O'Keefe
1220 Kingstown Road
Peacedale, RI 02879
(401) 789-4850

Defendant
Galilee Holdings, LLC
By its Attorneys,

David W. Zizik (#2323)
Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

Enter: Mary M. Lisi USDJ 7/20/05

OK'd by office of Merlyn O'Keefe