UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| URSULA GLAB, INDIVIDUALLY AND AS THE DULY APPOINTED ADMINISTRATGRIX OF THE ESTATE OF JANUSZ GLAB, NICOLE GLAB, and MAYA COLLEEN GLAB, Plaintiffs | : | |
| VS. | : | C. A. No. 05-289/ML |
| VER, INC., DANIEL J. RYAN, WHEELHOUSE TAVERN, LLC, and GALILEE HOLDINGS, LLC, Defendants | : | |

**ENTRY OF APPEARANCE**

I, David E. Maglio, hereby enter my appearance on behalf of defendants VER, Inc. and Daniel J. Ryan in the above captioned case.

David E. Maglio #3459
DAVID E. MAGLIO & ASSOCIATES, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, Rhode Island 02903
(401) 831-5400
(401) 831-7979 Fax

Dated: 8/23, 2005

## CERTIFICATE OF SERVICE

To:

Merlin P. O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, Rhode Island 02879

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, Massachusetts 02109

I hereby certify that on the 23rd day of August, 2005, I caused a true copy of the within *Entry of Appearance* to be mailed to the above-listed attorneys.

Nancy O'Donnell

h\pending\Entry of Appearance 82205.doc