RECEIVED
OCT 20 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

URSULA GLAB, INDIVIDUALLY AND AS THE DULYAPPOINTED ADMINISTRATRIX OF THE ESTATE OF JANUSZ GLAB, NICOLE GLAB, and MAYA COLLEEN GLAB,
Plaintiffs

v.

VER, INC., DANIEL J. RYAN, WHEELHOUSE TAVERN, LLC, and GALILEE HOLDINGS, LLC,
Defendants

Civil Action

No. 05-289-ML

PARTIAL STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Now come the parties in the above captioned matter and stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), that Defendant Wheelhouse Tavern, LLC, only is dismissed from this case without prejudice, and without costs or attorneys fees. Defendants VER, Inc., Daniel J. Ryan, and Galilee Holdings, LLC, remain in this case as defendants.

Enter:
Mary M. Lisi
USDJ 10/21/05

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Respectfully submitted for the
the Defendants VER, Inc., and
Daniel J. Ryan, by their attorney,

David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer St., Second Floor
Providence, RI 02903
401-831-5400

Respectfully submitted for the
the Defendant Galilee Holdings, LLC,
by its attorney,

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell,
Spaulding & Lamontagne
40 Westminster St., Suite 201
Providence, RI 02903
401-421-7110

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was sent this date via first class mail to all counsel of record.

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: 10/19/05