UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
OCT 21 2005
Property of U.S. District Court
District of Rhode Island

URSULA GLAB, INDIVIDUALLY AND AS THE DULY APPOINTED ADMINISTRATRIX OF THE ESTATE OF JANUSZ GLAB, NICOLE GLAB, and MAYA COLLEEN GLAB,
Plaintiffs

v. C.A. No. 05-289/ML

VER, INC., DANIEL J. RYAN, WHEELHOUSE TAVERN, LLC, and GALILEE HOLDINGS, LLC,
Defendants

**STIPULATION**

By agreement of the parties, the time within which defendants VER, Inc. and Daniel J. Ryan have to interpose objections and respond to the plaintiffs' request for production dated September 27, 2005 and answer the plaintiffs' interrogatories dated September 27, 2005 is extended up to and including November 28, 2005.

| PLAINTIFFS, | VER, INC. and DANIEL J. RYAN |
|---|---|
| By their Attorneys, | By their Attorneys, |
| LATTI & ANDERSON, LLP | DAVID E. MAGLIO & ASSOCIATES, P.C. |
| David J. Berg (DEM) | David E. Maglio |
| David J. Berg, *Pro Hac Vice*<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617) 523-1000 | David E. Maglio #3459<br>The Owen Building<br>101 Dyer Street, Second Floor<br>Providence, RI 02903<br>(401) 831-5400 |

Enter: Mary M. Lisi USDJ 10/21/05