UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

FILED
JAN 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

URSULA GLAB, INDIVIDUALLY AND AS THE DULYAPPOINTED ADMINISTRATRIX OF THE ESTATE OF JANUSZ GLAB, NICOLE GLAB, and MAYA COLLEEN GLAB,
Plaintiffs

V.

VER, INC., DANIEL J. RYAN, and GALILEE HOLDINGS, LLC,
Defendants

Civil Action

No. 05-289-ML

ASSENTED TO MOTION TO EXTEND PLAINTIFFS' EXPERT DISCLOSURE DEADLINE

NOW COME the Plaintiffs, and state as follows:

1. The Plaintiff's expert disclosure/report deadline is March 1, 2006.

2. On December 16, 2005, the Plaintiff served notices of 30(b)(6) depositions for each corporate defendant for January 6 and 10, 2006. The Plaintiff's goal was to take these depositions, as well as the depositions of the bartenders/servers at each Defendant's establishment, a sufficient amount of time before the Plaintiff's expert disclosure deadline so that the Plaintiff's expert would have enough time to review this information and prepare a report.

3. However, both defense counsel advised that they were unavailable for those dates. After discussion with both defense counsel's secretaries, the depositions were rescheduled to the earliest dates that both defense counsel were available – February 15 and 22, 2006.

4. Accordingly, the Plaintiffs request that their expert disclosure deadline be extended to April 15, 2006. That will give the Plaintiff enough time to take these depositions and those of

Granted. Mary M. Lisi USDJ 1/17/06

the bartenders/servers at each establishment, if they are not produced as the 30(b)(6) deponents, and still leave the Plaintiff's expert enough time to digest this information and prepare a report by April 15.

5. Plaintiff's counsel has discussed this matter with the defense counsel, and the Defendants assent to this motion.

WHEREFORE, the Plaintiffs respectfully request that the Plaintiff's expert disclosure/report deadline be extended to April 15, 2006.

Respectfully submitted for the
the Plaintiffs, by their attorneys,

Merlin P. O'Keefe, Esq.
BAR #2439
Packer & O'Keefe
1220 Kingstown Rd.
Peace Dale, RI 02879
401-789-4850

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was sent this date via first class mail to all counsel of record.

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: