UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

URSULA GLAB, INDIVIDUALLY AND AS THE DULY APPOINTED ADMINISTRATRIX OF THE ESTATE OF JANUSZ GLAB, NICOLE GLAB, and MAYA COLLEEN GLAB,
Plaintiffs

v. C.A. No. 05-289/ML

VER, INC., DANIEL J. RYAN, WHEELHOUSE TAVERN, LLC, and GALILEE HOLDINGS, LLC,
Defendants

**NOTICE OF TAKING DEPOSITION**

**DEPONENT:** **Ursula Glab**

**DATE:** **Friday, March 24, 2006**

**TIME:** **11:00 A.M.**

PLEASE TAKE NOTICE that pursuant to Fed.R.Civ.P. 30, the Defendant will take the testimony on oral examination of the above-named individual at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may require at the offices of **DAVID E. MAGLIO & ASSOCIATES P.C., The Owen Building, 101 Dyer Street, Second Floor, Providence, Rhode Island** at which time and place you are notified to appear and take

such part in the examination as you deem necessary and as shall be fit and proper.

VER, INC. and
DANIEL J. RYAN

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

David E. Maglio #3459
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979 Fax

Dated: March 1, 2006

**CERTIFICATE OF SERVICE**

To:

Merlin P. O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, Rhode Island 02879

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, Massachusetts 02109

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903

I hereby certify that on the 1 day of March, 2006, I caused a true copy of the within *Notice of Taking Deposition* to be mailed to the above-listed attorneys.

Cc: Allied Court Reporters

h:\client\u.s.liability\glab\depo notice of Ursula Glab 22806.doc