AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

URSULA GLAB, INDIVIDUALLY AND AS THE DULY APPOINTED ADMINISTRATRIX OF THE ESTATE OF JANUSZ GLAB, NICOLE GLAB, and MAYA COLLEEN GLAB,
Plaintiffs

v.

C.A. No. 05-289/ML

VER, INC., DANIEL J. RYAN, WHEELHOUSE TAVERN, LLC, and GALILEE HOLDINGS, LLC,
Defendants

SUBPOENA DUCES TECUM IN A CIVIL CASE

TO: **Keeper of Records**
**Department of Environmental Management**
**c/o Gary Powers**
**Office of Legal Counsel**
**4808 Tower Hill Road**
**Wakefield, Rhode Island 02879**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

Please refer to Appendix A annexed hereto.

| PLACE: DAVID E. MAGLIO & ASSOCIATES, P.C.<br>The Owen Building, Second Floor<br>101 Dyer Street<br>Providence, Rhode Island 02903<br>Phone 401-831-5400<br>Fax 401-831-7979 | DATE AND TIME: May 1, 2006<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| David E. Maglio, attorney for defendant, VER, INC. David E. Maglio | 4-12-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

David E. Maglio
DAVID E. MAGLIO & ASSOCIATES, P.C.
The Owen Building, Second Floor
101 Dyer Street
Providence, Rhode Island 02903
Phone 401-831-5400

**PROOF OF SERVICE**

| SERVED | DATE 4-13-06 | PLACE 150 S. Main St Prov RI |
| --- | --- | --- |

| SERVED ON (PRINT NAME) Dept of Environmental Mgt | MANNER OF SERVICE Dept of Attorney General |
| --- | --- |
| SERVED BY (PRINT NAME) Edwin J Semper JR | TITLE Federal Process Server |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on $41.00 fees
Date

Edwin Semper
SIGNATURE OF SERVER

56 Hunters Run
ADDRESS OF SERVER
N. Prov RI

X Jeanne M. [illegible]
Assistant Attorney General

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

# APPENDIX "A"

Any and all documents, letters, notes, correspondence, telephone logs, judgments, pleadings, transcripts, orders, agreements or other writings, relating to or evidencing the following matters:

1. The incident referenced in the attached Narragansett Police Department report, Incident #04-74-OF, involving the death of Janusz Glab on January 20, 2004.

2. The cleaning, upkeep, maintenance, ice and/or snow removal of the dock and / or pier referenced in the attached Narragansett Police Department report, Incident #04-74-OF, cited in the report as Pier BB at the Galilee Town Docks in Narragansett, Rhode Island, as well as nearby, adjacent, and surrounding docks and piers, dating from December 31, 2003 through February 1, 2004.