UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| URSULA GLAB, INDIVIDUALLY AND AS THE DULY APPOINTED ADMINISTRATIX OF THE ESTATE OF JANUSZ GLAB, NICOLE GLAB and MAYA COLLEEN GLAB<br>*Plaintiffs* | ) | |
| vs. | ) | C.A. No. 05-289 ML |
| VER, INC., DANIEL J. RYAN, WHEELHOUSE TAVERN, LLC and GALILEE HOLDINGS, LLC<br>*Defendants* | ) | |

**JOINT MOTION OF THE PARTIES FOR A COURT ORDER ALLOWING DISCLOSURE OF MEDICAL EXAMINER'S FILE**

Now come the parties in this matter and hereby request that this Court issue an Order requiring the Rhode Island State Medical Examiner to release and copy its entire file in connection with its examination and autopsy of Janusz Glab.

As grounds therefore, the parties state the following:

1. On May 12, 2006, Defendant Galilee Holdings, LLC conducted the deposition of Dorota Latuszynski, M.D., the Assistant State Medical Examiner who performed the autopsy on Mr. Glab. Dr. Latuszynski detailed the contents of the Medical Examiner's file at Pages 27 and 28 of her deposition. (See "Exhibit 1" attached).

2. After the deposition, the Medical Examiner's office did not feel comfortable providing copies of any documents contained in the file to counsel without a Court Order.

3. All counsel present at the deposition, including counsel for Mr. Glab, are in agreement that all parties would like copies of the records for use in connection with this litigation.

4. Counsel provided a copy of this motion to each parties' counsel; all assented to the motion and expressed an intent to join the motion.

WHEREFORE, the parties hereby request that the Court allow disclosure of the Medical Examiner's file on Mr. Glab including all documents detailed by the Medical Examiner in her deposition.

Respectfully Submitted:
Plaintiffs,
By their Attorneys,

Merlin P. O'Keefe (#2439)
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850

David J. Berg, Esq.
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109

Respectfully Submitted:
Defendant,
Galilee Holdings, LLC
By Its Attorney,

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax

Respectfully Submitted:
Defendants,
VER, Inc. and Daniel Ryan
By its Attorneys,

David Maglio (#3459)
David Maglio & Associates
101 Dyer Street, 2nd Floor
Providence, RI 02903
(401) 831-5400

Dated: May ____, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was sent this date via first class mail to all counsel of record.

Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
(401) 421-7111 Fax