tabbies

EXHIBIT

1

There should be a remark in the toxicology report to that effect. Five years.

Q. Okay.

A. Blood from that particular case will be kept in the laboratory for five years.

Q. So that particular blood would still be there today?

A. Yes.

Q. Now, if you can for us, in reviewing your file, can you just tell us which documents this file contains so that we can understand them and see what's kept?

A. Sure. This file contains autopsy report itself. It contains a record of where, if anywhere, the reports were sent out. It contains letters of parties requesting the report. It contains any other correspondence in relation to the case. It contains toxicology report from toxicology laboratory. It contains so-called case manager sheet which is a worksheet from the procedure. In addition, there is a so-called cause of death sheet which is sent by our office to different agencies that assist us in the case. It contains toxicology screen. Any other

correspondence as I mentioned. Investigative report when initial call is received. Any supplemental reports that may be included. Sometimes we are able to include newspaper clippings. Death certificate, copy of it. Letter to family member which accompanies the body upon its release. Body release signed by the next of kin. Inventory sheet of items that were submitted with the body. Copy of toxicology submission sheet. A record of body weight, measure and the lock number from secured pouch that the body is received in. Body removal report. Photographic documentation from the case. Records of any persons attending the examination. And secondary reports received from other agencies in the relation to the case.

Q. Okay. Now, would it be possible for us to get copies of all these documents that you've just mentioned other than --

A. I believe that most secondary -- things that are secondary I will need to check that. You may need to obtain them from original agencies.

Q. Documents created in this office?

A. Yes.