UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

URSULA GLAB, INDIVIDUALLY AND AS THE DULY APPOINTED ADMINISTRATRIX OF THE ESTATE OF JANUSZ GLAB, NICOLE GLAB, and MAYA COLLEEN GLAB,
Plaintiffs

v. C.A. No. 05-289/ML

VER, INC., DANIEL J. RYAN, WHEELHOUSE TAVERN, LLC, and GALILEE HOLDINGS, LLC,
Defendants

**JOINT MOTION TO EXTEND THE JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE PURSUANT TO LOCAL RULE 16.1**

Now come the parties in this matter and move to extend the deadlines set forth in The Honorable Mary M. Lisi's November 8, 2005 Pretrial Order. Although written discovery has been exchanged, there are still depositions of the parties and fact witnesses that need to be taken. The proposed extended Pretrial Order deadlines are as follows:

| Event: | Original Completion Date: | Proposed Extended Date: |
|---|---|---|
| Non-Expert Discovery | May 31, 2006 | July 31, 2006 |
| Expert Disclosures per Fed.R.Civ.P. 26(a)(2) | April 14, 2006 | August 14, 2006 by defendants VER, Inc. and Daniel Ryan |
| Dispositive Motions | June 14, 2006 | August 14, 2006 |
| Pre-trial memoranda | June 30, 2006 | August 29, 2006 |

**Certifications of Parties and Counsel**

Pursuant to Local Rule 16.1, the undersigned counsel hereby certify that they have conferred with their clients with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternate dispute resolution.

WHEREFORE, the parties respectfully request that this Court grant their proposal to extend the Joint Statement and Proposed Pretrial Schedule pursuant to Local Rule 16.1 as previously ordered on November 8, 2005.

PLAINTIFFS,

By their Attorneys,

LATTI & ANDERSON, LLP

David J. Berg, *ProHac Vice*
30-31 Union Wharf
Boston, MA 02109

(617) 523-1000

- and –

Merlin P. O'Keefe, #2439
PACKER & O'KEEFE
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850
*Local Counsel for the Plaintiffs*

VER, INC. and
DANIEL J. RYAN

By their Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

David E. Maglio #3459
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
FAX: (401) 831-7979

GALILEE HOLDINGS, LLC

By its Attorneys

ZIZIK, POWERS, O'CONNELL, SPAULDING & LAMONTAGNE

Donna M. Lamontagne, #5138
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110
FAX: (401) 421-7111

**CERTIFICATE OF SERVICE**

To:

Merlin P. O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, Rhode Island 02879

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, Massachusetts 02109

Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell, Spaulding &
Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903

I hereby certify that on the 31st day of May, 2006, I caused a true copy of the within be mailed to the above-listed attorneys.

h:\clients\usliability\glab\pleadings\mot extend discovery deadline