AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

URSULA GLAB, INDIVIDUALLY AND AS THE DULY APPOINTED ADMINISTRATRIX OF THE ESTATE OF JANUZ GLAB, et al.

V.

VER, INC., DANIEL J. RYAN, WHEELHOUS TAVERN, LLC and GALILEE HOLDINGS, LLC

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-289/ML

TO:
Mr. Ernie Nicholson

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Kelly, Kelleher, Reilly & Simpson<br>28 Caswell Street, Narragansett, Rhode Island (401) 789-7800 | Wed. 6/28/06<br>10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | June 6, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER David E. Maglio, Esq., Attorney for VER, Inc./Daniel Ryan
The Owen Building, 101 Dyer Street, Second Floor, Providence, Rhode Island 02903
(401) 831-5400

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 6-6-06 | Pt. Judith, RI |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Ernie Nicholson | Personal |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Robert J. Killoff | Disinterested Party |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 6/06/06 At 3:13 P.M. (DATE)

[signature] SIGNATURE OF SERVER

Pd # 43.00

16 Cornell Ave
ADDRESS OF SERVER

X Ernie [signature] Rumford, RI 02916

FILED
2006 JUN 12 A 11:13
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND