UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| URSULA GLAB, INDIVIDUALLY AND AS THE DULYAPPOINTED ADMINISTRATRIX OF THE ESTATE OF JANUSZ GLAB, NICOLE GLAB, and MAYA COLLEEN GLAB, Plaintiffs | ) | Civil Action |
| V. | ) | No. 05-289-ML |
| VER, INC., DANIEL J. RYAN, WHEELHOUSE TAVERN, LLC, and GALILEE HOLDINGS, LLC, Defendants | ) | |

PARTIAL STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Now come the parties in the above captioned matter and stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), that the claims brought by Plaintiffs Nicole Glab and Maya Colleen Glab only are dismissed from this case without prejudice, and without costs or attorneys fees. Plaintiff Ursula Glab, individually, and as the duly appointed Administratrix of the Estate Of Janusz Glab, remains in this case as Plaintiff.

Respectfully submitted for the
the Plaintiffs, by their attorneys,

/s/ Merlin P. O'Keefe
Merlin P. O'Keefe, Esq.
BAR #2439
Packer & O'Keefe
1220 Kingstown Rd.
Peace Dale, RI 02879
401-789-4850

/s/ David J. Berg
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Respectfully submitted for the
the Defendants VER, Inc., and
Daniel J. Ryan, by their attorney,

/s/ David E. Maglio
David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer St., Second Floor
Providence, RI 02903
401-831-5400

Respectfully submitted for the
the Defendant Galilee Holdings, LLC,
by its attorney,

/s/ Donna M. Lamontagne
Donna M. Lamontagne, Esq.
Zizik, Powers, O'Connell,
Spaulding & Lamontagne
40 Westminster St., Suite 201
Providence, RI 02903
401-421-7110

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record. The document is available for viewing and downloading through the ECF system.

/s/ David J. Berg
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: September 7, 2006