UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

URSULA GLAB, INDIVIDUALLY AND AS THE DULY APPOINTED ADMINISTRATIX OF THE ESTATE OF JANUSZ GLAB, NICOLE GLAB and MAYA COLLEEN GLAB
Plaintiffs

vs.

VER, INC., DANIEL J. RYAN, WHEELHOUSE TAVERN, LLC and GALILEE HOLDINGS, LLC
Defendants

C.A. No. 05-289 ML

## STIPULATION OF DISMISSAL

It is hereby agreed between the parties that the above-entitled matter is dismissed with prejudice, no interest or costs.

Plaintiff,
By Her Attorney,

/s/ David J. Berg
David J. Berg, *Pro Hac Vice*
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Defendants,
Ver, Inc. and Daniel J. Ryan,
By Their Attorney

/s/ David E. Maglio
David E. Maglio (#3459)
David E. Maglio & Associates, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400

- and –

Defendant,
Galilee Holdings, LLC,
By Their Attorney,

/s/ Merlyn P. O'Keefe
Merlyn P. O'Keefe
Packer and O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850
*Local Counsel for the Plaintiffs*

/s/ Donna M. Lamontagne
Donna M. Lamontagne (#5138)
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

Dated:__________________________